**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
**JENNIFER LOWE**                                    **CASE NO.: 6:14-bk-00512**
                                                     **CHAPTER: 13**
**Debtor(s)**
_____/

## MOTION FOR CONTINUATION OF AUTOMATIC STAY

COMES NOW the Debtor, JENNIFER LOWE, and moves this Court pursuant to § 362(c)(3)(B), for an order continuing the automatic stay provided under § 362(a) as to all creditors. In support of this motion, the Debtor states as follows:

1. The Debtor filed a petition under Chapter 13 on January 16, 2014.
2. The Debtor previously filed a Chapter 13 case, Case No. 6:12-bk-12240.
3. The debtor made approximately 6.5 payments in the previous case before he had unexpected expenses and disruptions in her income.
4. The petition in this case has been filed in good faith. The Debtor believes that the Chapter 13 Plan she has submitted will be confirmed and that she will be able to fully perform under the terms of the Plan.
5. The Debtor's prior Chapter 13 case, dismissed on August 15, 2013 was the only previous case by the Debtor that was pending during the preceding year.

WHEREFORE, the Debtor, JENNIFER LOWE, pray that this Court will continue the automatic stay under § 362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on all parties having appeared electronically in this case or by U.S. Mail to any parties

on the attached mailing matrix not receiving electronic notification this 21st day of February, 2014.

                                                /s/ Charles W. Price, Esq.
CHARLES W. PRICE, ESQ.
Attorney for Debtor
PRICE LAW FIRM
390 Maitland Avenue, Suite 1000
Altamonte Springs, FL 32701
P. 407.834.0090
F. 407.386.7610
Fla. Bar No. 870862